IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'22 NOV 8 PM 2:56

Kiesha D. Lewis

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

William K. Lietzau, Director, DCSA,
Robert L. Santos, Director, Census Bureau

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. __GLS22CV2899__
(to be filled in by the Clerk's Office)

Jury Trial:   ■ Yes   ☐ No
(check one)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kiesha D. Lewis |
| Street Address | 2305 Prima Rd |
| City and County | Bowie, Prince George's |
| State and Zip Code | MD, 20721 |
| Telephone Number | 240-346-8398 |
| E-mail Address | aklaltacct@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | William K. Lietzau |
| Job or Title (if known) | Director |
| Street Address | 27130 Telegraph Road |
| City and County | Quantico |
| State and Zip Code | VA 22134 |
| Telephone Number | 571-305-6562 |
| E-mail Address (if known) | |

2

Defendant No. 2
- Name: Robert L. Santos
- Job or Title (if known): Director
- Street Address: 4600 Silver Hill Road
- City and County: Washington
- State and Zip Code: DC 20233
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Ninth Amendment of the U.S. Constitution

Title 42 U.S. Code § 1983 - Civil action for deprivation of rights

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* Kiesha D. Lewis, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* William K. Lietzau, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $45,000.00

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See enclosed statement

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

My prayer for relief are punitive damages in the amount of $45,000.00.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 4th, 2022.

Signature of Plaintiff _____
Printed Name of Plaintiff   Kiesha D. Lewis

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

UNITED STATES DISTRICT COURTS

FOR THE DISTRICT OF MARYLAND

KIESHA D. LEWIS

    PLAINTIFF,

VS.                                        CIVIL ACTION NO: GLS22CV2899

                                              Jury Trial: Yes

William K. Lietzau, Director

Defense Counterintelligence and Security Agency, and

Robert L. Santos

The U.S. Census Bureau

    DEFENDANTS,

## COMPLAINT

For years, the United States Supreme Court has recognized United States (US) citizens' rights to privacy under the Ninth Amendment of the U.S. Constitution. This right ensures that US citizens enjoy the protection of personal liberties and property. ***Title 42 U.S. Code § 1983 - Civil action for deprivation of rights*** gives citizens the right to seek civil action when a government official deprives one of any rights, privileges, or immunities secured by the Constitution. I am submitting this complaint because I believe that I have been the victim of federal government officials abusing their positions and/or authority to deprive me of my Ninth Amendment Rights purposefully inflicting emotional distress.

## **ARGUMENT**

The purpose of a background investigation is to verify an individual's fitness and suitability for federal government employment; to determine if they are reliable, trustworthy, of good conduct and character, and loyal to the United States (U.S.). The duties of an employment position determine both the information to be collected via a standard form (SF) e.g., SF85, SF85P or SF86. The SF85 is the shortest and least intrusive form and is used for individuals who are being considered for Non-Sensitive Positions and/or Low Risk positions.

The SF-85P is the form used for individuals who are being considered for Public Trust Positions and/or Moderate or High-Risk Public Trust Positions when there are no national security considerations. The SF-85-P-S is a supplemental form to the SF85P and should only be used for Selected Public Trust positions that have unique requirements. This form contains additional questions regarding drug use, alcohol use, and mental health treatment that may be required for certain specified positions.

The SF-86 form is used for individuals who are being considered for positions requiring access to classified information and/or for National Security Positions requiring a security clearance. This form is the most intrusive form; not only does it ask for personal identifying data, it also asks questions concerning criminal records, illegal drug involvements, financial delinquencies, mental health counseling, alcohol related incidents and counseling, civil court actions, misuse of computer systems, and other types of activities for a longer timeframe of 10 years or longer.

In addition to collecting this information, the federal government performs an investigation of the information provided in each of these forms. To ensure fairness and equal treatment during the process, adjudication guidelines are used to ensure that individuals are adjudicated at the correct level and that their privacy rights are not violated, meaning an investigator cannot use this process to go on a 'fishing' expedition to learn anything about a subject undergoing this process or to obtain information about their family without a business reason - an applicable "Nature of Concern and Applicable Criteria" guideline area.

Due to the nature of the information collected during this process, this information is not freely shared with other individuals or government agencies without a business justification for requesting and obtaining this information to ensure that individuals privacy rights are not violated. In the "Purpose of this Form" section of the SF85P form, it clearly states that "*This form is not to be used for National Security sensitive positions*." Moreover, in the "Disclosure Information" of the SF85P is states that "*The information you provide is for the purpose of investigating you for a position, and the information will be protected from unauthorized disclosure....*" Despite these well-known federal government operating norms and corresponding agency policies, two federal government agencies, the Defense Counterintelligence and Security Agency (DCSA) and the Bureau of the Census (Census) failed to follow established protocols resulting in what I believe was a violation of my constitutional right to privacy and the Privacy Act of 1974 resulting in Intentional Inflection of Emotional Distress.

## **Background Investigation Overreach**

In 2018 and 2020, I underwent a background investigation for a Public Trust position, completing a SF85P. Public Trust adjudicative guidelines should have been used during the process. However, DCSA used the National Security Adjudicative Guidelines, see Exhibit A, which was incorrect. Using this incorrect adjudication guideline is what caused the privacy violation.

During my investigation process, my references and I were asked questions that I believe violated my privacy. During my background investigation interview, the investigator asked me about my sex life; if there was anyone who knew anything sexually embarrassing about me. Moreover, it is my understanding that at least one of my references were asked questions such as the financial status of my family, if anyone in my family was bribable, if they knew anyone who knew anything sexually embarrassing about me, and if I had any illegitimate children. ALL of these questions were out of scope for my Public Trust security adjudication process.

Concerning the topic of Sexual Misconduct, this is not an area of inquiry on the SF85P. Moreover, based on the 2008 OPM information, See Exhibit B, Suitability Determination says "Persons who engage in sexual behavior of a criminal nature may not demonstrate the character and conduct required to promote the efficiency or protect the integrity of the service." NOTHING in my past REMOTELY indicates that I had or am engaged in criminal sexual behavior. Despite this fact, the investigator decided to ask me questions pertaining to my sexual behavior. However, according to the Office of Personal Management (OPM) and the National Security Adjudicative Guidelines, Sexual Behavior **IS** a consideration in instances for individuals who being considered for national security positions and/or requiring access to

classified information.

It is my belief that this overreach was purposeful and intentional, based on the actions of DCSA employees. Despite asking these questions, and obtaining responses to these questions, none of the investigators included the questions or the responses in my background investigation files and/or notes. It is my belief this was done purposefully so that there was NO written record of the overreach and privacy violations. Moreover, when I raised this issue with the DCSA organization, I never received an adequate response and/or explanation as how and why this happened. Even when I notified the DCSA Inspector General (IG) of this issue, I was told that this line of questioning was within scope of a Public Trust - which it is not accurate, see Exhibit C.

In an email discussion between the investigator who interviewed me and another DCSA individual, the investigator admitted that she was conducting an interview for a security clearance – despite the fact that the other individual was 'leading' her to state otherwise, see Exhibit D. In other DCSA email discussions, DCSA employees/contractors made mention of other anomalies in my investigation paperwork and process. These included:

- Sections in the eQIP system 85P being different than the SF85P, see Exhibit E.

- A 1995 SF85P being signed in the system, see Exhibit F.

- Seeking an understanding of the type of background investigation a SF85p-S would generate, see Exhibit G, a question that makes one wonder if this form is present in the Plaintiff's file.

- Not being able to locate questions related to sexual conduct on the SF85P or SF85PS, see Exhibit H.

Furthermore, when I followed up with DCSA concerning the privacy violation, I was provided a URL link to the adjudication investigation criteria used in my case, the National Security Adjudicative Guidelines, see Exhibit I.

### Collection of Personally Identifiable Information (PII)

It is my belief that individuals working for and/or supporting the Census violated my constitutional right to privacy; and that this violation was intentional. Census employees contacted DCSA on two occasions requesting my background investigation documentation and information, see Exhibit J. Background investigations are intrusive processes from a privacy perspective, requiring the disclosure of personally identifiable information, not only of myself, but also, of family, friends, co-workers, and references. This information is highly sensitive and confidential and should ONLY be accessed and/or requested on a need-to-know basis. Based on the information I received from DCSA, Census requested this information twice, even though my employment with Census had ended - and it was well known that my employment had ended. Therefore, Census' business need to know anything additional about me was non-existent.

**CONCLUSION**

Despite having no record of completing a SF86 or being offered a national security position or a position requiring access to classified materials, the federal government, specifically DCSA both obtained information and conducted an investigation for someone who did without my consent. In an Adjudication Summary Report obtained from the Bureau of Engraving and Printing, the document makes mention of me having been cleared for a national security clearance, see Exhibit K, something of which I was not aware – since I have no record

of completing a SF86. Moreover, when I notified individuals of this violation, the federal government failed to act to correct the matter, but instead appeared to both marginalized my complaints and cover-up the violations. Therefore, I am filing this complaint to obtain some degree of justice in this matter.

**LIST OF EXHIBITS**

| Letter | Description |
|---|---|
| A | National Security Adjudication Guidelines |
| B | 2008 OPM Suitability Information |
| C | DCSA IG Investigation Response |
| D | Investigator – DCSA POC Email Discussion |
| E | eQIP system 85P being different than the SF85P Email Discussion |
| F | 1995 SF85P Email Discussion |
| G | SF85p-S Email Discussion |
| H | Sexual conduct on the SF85P or SF85PS Email Discussion |
| I | DCSA URL Email |
| J | Census Privacy Violation Documents |
| K | BEP Adjudication Summary Report |

Respectfully Submitted,

Date: 11/5/2022

Kiesha D. Lewis